NUMBER 13-00-480-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


LOUIS McMILLAN
, Appellant,


v.



UNION CARBIDE, S
TANLEY SMITH SECURITY,

INC., AND MIKE TERRELL, IND., Appellees.

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Hinojosa and Yanezez


Opinion Per Curiam


 Appellant, LOUIS McMILLAN, perfected an appeal from a
judgment entered by the 135th District Court of Goliad County, Texas,
in cause number 97-1-7559-CV. After the clerk's record was filed,
appellant filed an agreed motion to dismiss the appeal. In the motion,
appellant states he no longer desires to pursue this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's agreed motion to dismiss the appeal, is of the opinion that
the motion should be granted. Appellant's motion to dismiss is
granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th day of April, 2001.